UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTAZ KENNEDY,

       Plaintiff,

v.

SAMUEL FIELDS, ET AL.,

       Defendants.

_____/

Case No. 23-cv-11949
Honorable Linda V. Parker

### **OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO REOPEN TIME TO FILE NOTICE OF APPEAL (ECF NO. 63)**

On August 8, 2023, Plaintiff filed this pro se lawsuit against Defendants alleging claims under 42 U.S.C. § 1983 and state law.  Defendants subsequently filed a motion to dismiss, which the Court granted on June 26, 2024.  A Judgment followed.

Plaintiff then sought on more than one occasion an extension of time to appeal, which the Court denied.  Plaintiff sought a review of those decisions in the Sixth Circuit Court of Appeals, but the appellate court found his notice of appeal to be untimely and dismissed the appeal.  Plaintiff petitioned for a rehearing, which the Sixth Circuit also denied.  Plaintiff then asked this Court to again extend the time to file a notice of appeal, which this Court denied in a text-only order.  He now seeks reconsideration of that decision.

Finding no error in the Court's previous decisions addressing Plaintiff's requests to extend time to appeal, the Court is denying his current motion.  While the Court's text-entry order did not explain the more recent decision denying Plaintiff's request to extend the appeal time, previous decisions outlined the Court's reasoning.  This case remains closed.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 18, 2026


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 18, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager